# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN LOVE LUNDY : | |
| : | CIVIL ACTION NO. 3:17-2256 |
| **Plaintiff** : | |
| : | (MANNION, D.J.) |
| v. : | (CARLSON, M.J.) |
| : | |
| POCONO MOUNTAIN REGIONAL : | |
| POLICE DEP'T, *et al.* : | |
| : | |
| **Defendant** : | |

# O R D E R

In accordance with the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** the Report and Recommendation of Judge Carlson, (Doc. 4), is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's application to proceed *in forma pauperis*, (Doc. 7), is **GRANTED**;

**(3)** the plaintiff's complaint, (Doc. 1) is **DISMISSED**; and

**(4)** the Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 15, 2018**